**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   415.522.2000

## March 1, 2010

**CASE NUMBER:  CV 09-05503 EMC**
**CASE TITLE:  MARK JOHNSON-v-THE CITY AND COUNTY OF SAN FRANCISCO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/1/10

FOR THE EXECUTIVE COMMITTEE:

_____
　　　　　　　　　　　　　　　　Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                        Entered in Computer 3/1/10 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel               Transferor CSA