| | |
|---|---|
| 1 | Murlene J. Randle (SBN 09184) |
| 2 | LAW OFFICES OF MURLENE J. RANDLE<br>235 Montgomery Street, Suite 716 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 352-0189 |
| 4 | Facsimile: (415) 352-0187<br>Murlene@Randlelawoffices.com |

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK JOHNSON | ) CASE NO. CV 09 5503-JSW |
| Plaintiff | ) |
| vs. | ) |
| | ) SUBSTITUTION OF ATTORNEY & |
| | ) [PROPOSED] ORDER. |
| THE CITY AND COUNTY OF SAN FRANCISCO, THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO and THE SAN FRANCISCO FIRE DEPARTMENT | ) |
| Defendant. | ) |

TO THE CLERK OF COURT AND COUNSEL OF RECORD FOR DEFENDANT HEREIN, PAYNE & FEARS, LLP, APPEARING BY JEROME SCHREIBSTEIN:

Notice is hereby given that Plaintiff MARK JOHNSON substitutes The Law Offices of Murlene J. Randle as his attorney of record in place of himself. The address and telephone number of The Law Offices of Murlene J. Randle, to which all further notices, pleadings, orders, and correspondence should be sent, is:

```
1  Murlene J. Randle, SBN 098124
   The Law Offices of Murlene J. Randle
2  235 Montgomery Street, Suite 716
   San Francisco, CA 94104
3  (415) 352-0189 (phone)
   (415) 352-0187 (fax)
4  Murlene@Randlelawoffices.com
```

Dated: March 23, 2010

LAW OFFICES OF MURLENE J. RANDLE

_____

MURLENE J. RANDLE, ESQ.

I requests, accept, and consent to substitute The Law Offices of Murlene J. Randle as Mark Johnson's counsel of record in this civil action.

Dated: March 23, 2010

LAW OFFICES OF MURLENE J. RANDLE

_____

MURLENE J. RANDLE, ESQ.

I consent to and accept the substitution of attorney.

Dated: March 23, 2010

_____

Mark Johnson

# ORDER

The above substitution of attorney read and considered, IT IS SO ORDERED.

Dated: March 24, 2010

*[signature: Jeffrey S. White]*

~~The Honorable Edward M. Chen~~ Jeffrey S. White

United States ~~Magistrate~~ Judge
District