# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: June 18, 2010                                          Time in Court: 14 minutes

**JUDGE: JEFFREY S. WHITE**          **Court Reporter**:  Lydia Zinn

**Courtroom Deputy**: Jennifer Ottolini

**CASE NO. C-09-5503  JSW**

**TITLE:**  Mark Johnson v. City and County of San Francisco, et al.,

**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**
**Murlene Randle**                   **Gina Roccanova**


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by June 25, 2010.

Last day to Amend Complaint or file motion: 7-9-10

ADR: Private Mediation to be completed by 3-18-11

Close of fact discovery: 1-21-11

Close of Expert discovery: 3-25-11

Hearing on dispositive motions (if any): 6-3-11 at 9:00 a.m.
(if cross-motions are anticipated, counsel shall submit a total of 4 briefs instead of 6)

Pretrial Conference: 7-25-11 at 2:00 p.m.

Jury Trial: 8-15-11 at 8:00 a.m.