MURLENE J. RANDLE, State Bar #98124
LAW OFFICES OF M. J. RANDLE
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone:    (415) 352-0189
Facsimile:    (415) 352-0187
E-Mail: murlene@randlelawoffices.com

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON, | Case No. CV 09 5503 JSW |
| Plaintiff, | AMENDED NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE DATE TO FILE AMENDED COMPLAINT; STIPULATION OF THE ATTORNEYS FOR THE PLAINTIFF AND THE DEFENDANT AND; [PROPOSED] ORDER |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO, and THE SAN FRANCISCO FIRE DEPARTMENT, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND COUNSEL FOR THE DEFENDANT

Notice is hereby given that Plaintiff Mark Johnson moves the Court for administrative relief to

continue the existing date to file an Amended Complaint in this matter from July 23, 2010 to a new

date of August 12, 2010, or another date that is convenient for the Court and the Defense Counsel.

This motion is based on the Stipulation of the attorneys for the Plaintiff and the Defendant.

Date: July 22, 2010                              Law Office of Murlene J. Randle

Murlene J. Randle, Attorney for Plaintiff

1

## STIPULATION

1.      That on July 22, 2010 attorney for the Plaintiff filed a Motion for Administrative Relief to Continue the Date to File the Amended Complaint in this matter.

2.      That today, July 23, 2010 counsel for the Plaintiff and counsel for the Defense have had an opportunity to meet and confer regarding the continuation in this matter.

3.      That they have agreed to stipulate to a continuance for the purposes of filing an Amended Complaint

4.      That accordingly they have stipulated to the date of August 12, 2010 for filing of the Amended Complaint in this matter.

5.      Accordingly, the Parties request that the Court reschedule the date for filing the Amended Complaint in this matter until August 12, 2010.

Dated:  July 23, 2010

LAW OFFICES OF MURLENE J. RANDLE

By: _____
Murlene J. Randle, Attorney for the Plaintiff

Dated:  July 23, 2010

DENNIS J. HERRERA, City Attorney

By: _____
Elizabeth S. Salveson, Deputy City Attorney
Attorneys for the City and County of San Francisco

AMENDED NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. CV-09-5503 JSW

## ORDER

GOOD CAUSE HAVING BEEN FOUND the Court hereby grants Plaintiff's Motion For

Administrative Relief to Continue Date to File Amended Complaint to August 12, 2010.

IT IS SO ORDERED.

Dated: July 26 , 2010

The Honorable Jeffrey S. White
United States District Judge

AMENDED NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. CV-09-5503 JSW