IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON,<br><br>           Plaintiff,<br><br>   v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>           Defendants.<br>_____/ | No. C 09-05503 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On July 23, 2010, Plaintiff Mark Johnson filed a motion for a temporary restraining order ("TRO") and an order to show cause regarding a preliminary injunction. The Court concludes that a response from Defendants is warranted.

Accordingly, it is HEREBY ORDERED that Defendants' opposition to this motion shall be filed by no later than 12:00 p.m. Thursday, July 29, 2010 with copies delivered directly to chambers by no later than 12:30 p.m. on the same day. Plaintiff may file a reply by no later than 10:00 a.m. Monday, August 2, 2010 with copies delivered directly to chambers by no later than 10:30 a.m. on the same day.

///
///
///
///
///

It is FURTHER ORDERED that the Court shall hold a hearing on Plaintiff's motion for a TRO on Wednesday, August 4, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 26, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2