MURLENE J. RANDLE, State Bar #98124
LAW OFFICES OF M. J. RANDLE
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone: (415) 352-0189
Facsimile: (415) 352-0187
E-Mail: murlene@randlelawoffices.com

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO, and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. CV 09 5503 JSW<br><br>~~PROPOSED~~ ORDER GRANTING ADMISSION OF THE DOCUMENT SUBMITTED UNDER SEAL<br><br>Date:   August 2, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Complaint filed: November 20, 2009 |

## ORDER GRANTING ADMISSION OF SEALED DOCUMENT

This matter is before the Court on Petitioner's Motion for Temporary Restraining (TRO) on a date and at a time to be determined by the Court. Petitioner seeks to restrain the City and County of San Francisco, the San Francisco Fire Department, the San Francisco Civil Service Commission, and the San Francisco Fire Commission from administering the upcoming H-50 Assistant Chief examination currently slated for August 8, 2010. This Court notes that petitioner JOHNSON has a pending complaint filed with this court regarding alleging violations of his Constitutional, California Statutory, and Federal Statutory violations regarding his participation in the March/April 2008 H-40

1

~~PROPOSED~~ ORDER GRANTING TEMPORARY RESTRAINING ORDER
Case No. CV 09-5503 JSW

Battalion Chief examination. Plaintiff has submitted a confidential document under seal, Exhibit 14a, that is both relevant to major issues presented in this case and relevant to impeach the sworn testimony of Defendant's Declarants.

IT IS THEREFORE:

    ORDERED, ADJUDGED, and DECREED that exhibit 14a be introduced into evidence.

    IT IS SO ORDERED

DATED: August 10, 2010

TIME ISSUED:_____

*[signature: Jeffrey S. White]*

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

---

2
~~PROPOSED~~ ORDER GRANTING TEMPORARY RESTRAINING ORDER
Case No. CV 09-5503 JSW