MURLENE J. RANDLE, State Bar #98124
LAW OFFICES OF M. J. RANDLE
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone: (415) 352-0189
Facsimile: (415) 352-0187
E-Mail: murlene@randlelawoffices.com

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON and FRANCO S. CALZOLAI<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>Defendants. | Case No. CV 09 5503 JSW<br><br>NOTICE AND MOTION FOR ADMINISTRATIVE RELIEF TO FILE SECOND AMENDED COMPLAINT; STIPULATION OF THE ATTORNEYS FOR THE PLAINTIFFS AND THE DEFENDANTS; and [PROPOSED] ORDER |

TO THE CLERK OF THE COURT AND COUNSEL FOR THE DEFENDANT

Notice is hereby given that Plaintiffs Mark Johnson and Franco S. Calzolai move the court to file a Second Amended Complaint in this matter.

This motion is based on the Stipulation between the Attorneys for the Plaintiff, Murlene J. Randle, and the Defense, Gina Roccanova, Deputy City Attorney.

Date: August 25, 2010                        Law Office of Murlene J. Randle


                                              /s/
                                              _____
                                              Murlene J. Randle, Attorney for Plaintiff

1

NOTICE AND MOTION FOR ADMINISTRATIVE RELIEF TO FILE SECOND AMENDED COMPLAINT; STIPULATION OF THE ATTORNEYS FOR THE PLAINTIFFS AND THE DEFENDANTS; and [PROPOSED] ORDER
Case No. CV 09-5503 JSW

## STIPULATION

1. On August 12, 2010 Plaintiffs filed a First Amended Complaint to include Plaintiff Franco S. Calzolai.
2. At that time Plaintiffs' Attorney and Defendants' Attorney met and conferred regarding a third Plaintiff to be included in this matter, Michael R. Bryant (BRYANT).
3. That Plaintiffs' attorney informed Defendants' attorney that BRYANT was still awaiting his Notice of Right to Sue from the Equal Employment Opportunity Commission.
4. Plaintiffs' attorney sought another stipulation to continue the date to file an amended complaint.
5. Defendants' attorney was not inclined to stipulate to another continuance, but agreed to meet and confer once BRYANT's Notice of Right to Sue was received.
6. BRYANT's Notice of Right to Sue was received on or about August 13, 2010.
7. Shortly thereafter both parties' attorneys met and conferred regarding the filing of a Second Amended Complaint to include BRYANT.
8. Therefore, both parties stipulate to filing a Second Amended Complaint in this matter.
9. Accordingly, the Parties respectfully request that the court grant the Proposed Order to file the Second Amended Complaint.

Dated: August 27, 2010

LAW OFFICES OF MURLENE J. RANDLE

By: /s/
Murlene J. Randle, Attorney for the Plaintiff

Dated: August 27, 2010

DENNIS J. HERRERA, City Attorney

By: 
Gina M. Roccanova, Deputy City Attorney
Attorneys for the City and County of San Francisco

2
NOTICE AND MOTION FOR ADMINISTRATIVE RELIEF TO FILE SECOND AMENDED COMPLAINT; STIPULATION OF THE ATTORNEYS FOR THE PLAINTIFFS AND THE DEFENDANTS; and [PROPOSED] ORDER
Case No. CV 09-5503 JSW

<u>ORDER</u>

GOOD CAUSE HAVING BEEN FOUND, pursuant to Stipulation of Counsel for the Plaintiff and the Defense, the Court hereby grants Plaintiffs' Motion to File a Second Amended Complaint. IT IS SO ORDERED.

September 1, 2010
Dated: ~~August~~ , 2010

_____
The Honorable Jeffrey S. White
United States District Judge

3

NOTICE AND MOTION FOR ADMINISTRATIVE RELIEF TO FILE SECOND AMENDED COMPLAINT; STIPULATION OF THE ATTORNEYS FOR THE PLAINTIFFS AND THE DEFENDANTS; and [~~PROPOSED~~] ORDER
Case No. CV 09-5503 JSW