**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK JOHNSON,

        Plaintiff,                      No. C 09-05503 JSW

    v.

THE CITY AND COUNTY OF SAN           **ORDER OF REFERRAL**
FRANCISCO, THE CIVIL SERVICE
COMMISSION OF SAN FRANCISCO, and
THE SAN FRANCISCO FIRE
DEPARTMENT,

        Defendants.

_____/

      Pursuant to Local Rule 72-1, the letter dated January 11, 2011 regarding a protective

order and all other discovery disputes in this matter are HEREBY REFERRED to a randomly

assigned magistrate judge for resolution.  The parties will be advised of the date, time and place

of appearance by notice from the assigned magistrate judge.

      **IT IS SO ORDERED.**

Dated: January 12, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Sue Imbriani