UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Johnson, | No. C 09-5503 JSW  (JL) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| City and County of San Francisco, et al., | |
| Defendants. | |
| _____/ | |

All discovery has been referred by the district court (Hon. Jeffrey S. White) under 28 U.S.C. §636(b). The Court received the parties' separate statements regarding a discovery dispute over Plaintiff's notices of depositions and associated production of documents, and Plaintiffs' late-propounded interrogatories. The Court finds the matter to be appropriate for decision without oral argument under Civil Local Rule 7-1(b), especially given the imminence of the discovery cut-off on April 22nd. The Court carefully reviewed the parties' letters and concludes that Plaintiffs are not entitled to the relief they seek: to take depositions without consulting defense counsel regarding availability of witnesses and counsel; to notice depositions of out of state witnesses who are neither parties nor employees of Defendant City; to propound document requests without the requisite notice; to propound interrogatories without requisite notice, or to notice depositions after the discovery cut-off.

Accordingly, Plaintiffs' request for relief, as articulated in their letter brief at Docket Number 74, is denied.

IT IS SO ORDERED.

DATED: April 8, 2011

_____
JAMES LARSON
United States Magistrate Judge

C-09-5503 DISCOVERY ORDER