MURLENE J. RANDLE, State Bar #98124
R. WILLIAM REED, State Bar #261931
**LAW OFFICES OF M. J. RANDLE**
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone:   (415) 352-0189
Facsimile:   (415) 352-0187
E-Mail:   murlene@randlelawoffices.com
E-Mail:   will@randlelawoffices.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK JOHNSON, FRANCO S. CALZOLAI and MICHAEL R. BRYANT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>　　　　Defendants. | Case No.  CV 09-5503 JSW<br><br>**RE HEARING**<br>**[PROPOSED] ORDER SHORTENING TIME**<br><br>Date:   September 30, 2011<br>Time:   9:00 a.m.<br>Place:  Ctrm. 11, 19th Floor<br>Judge:  Hon. Jeffrey S. White<br><br>Complaint filed:  November 20, 2009 |

<u>ORDER</u>

GOOD CAUSE HAVING BEEN FOUND, pursuant to Notice of Administrative Motion and Administrative Motion to Shorten Time, Plaintiffs' Points and Authorities supporting its request to shorten time, and all other pleadings, records, and other papers previously filed in this case, and upon such other and further oral and documentary evidence as may be presented to the Court on this application, the Court hereby grants Plaintiffs' Administrative Motion to Shorten Time.  It is further

1

PROPOSED ORDER SHORTENING TIME
Case No. CV 09-5503 JSW

ordered that the time Plaintiffs' Motion for Leave to File Amended Complaint Under Seal will be heard be shortened to August 26, 2011. The Court reserved August 26, 2011 for the filing of all dispositive motions in this matter. Accordingly, the motions shall be heard on August 26, 2011.

IT IS SO ORDERED.

Dated: ___July 27___, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

~~PROPOSED~~ ORDER SHORTENING TIME
Case No. CV 09-5503 JSW

2