IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO, and THE SAN FRANCISCO FIRE DEPARTMENT,<br><br>   Defendants.<br>_____/ | No. C 09-05503 JSW<br><br>**ORDER VACATING HEARING AND PRETRIAL DATES** |

  Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for summary judgment and motion to file a third amended complaint which have been noticed for hearing on Friday, August 26, 2011 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers. In addition, the pretrial conference and trial dates are hereby VACATED and shall be reset, if necessary, by order on the submitted motions.

  **IT IS SO ORDERED.**

Dated: August 24, 2011

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE