MURLENE J. RANDLE, State Bar #98124
LAW OFFICES OF M. J. RANDLE
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone:    (415) 352-0189
Facsimile:    (415) 352-0187
E-Mail:       murlene@randlelawoffices.com

Attorney for the Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S SALVESON, State Bar #83788
Chief Labor Attorney
GINA M. ROCCANOVA, State Bar #201594
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4241
Facsimile:    (415) 554-4248
E-Mail:       gina.roccanova@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON, FRANCO CALZOLAI, and MICHAEL R. BRYANT<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>    Defendants. | Case No. CV 09 5503 JSW (JSC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SUBMISSION OF GOVERNMENT CLAIM** |

    The City will not contest the filing of Plaintiffs' proposed government claim on the ground that it violates the March 3, 2011 protective order.

1  By agreeing not to contest the filing of the government claim on that ground, the Plaintiffs
2  agree that the City has not waived any claim of protection for any document or information that has
3  been produced under the terms of the protective order based solely upon the filing of the claim.  By
4  entering into this agreement the Plaintiffs waive no other arguments, contentions, or positions that it
5  has taken in any other pleadings or letters in this matter.

7  Dated: 10/17/11                                        DENNIS J. HERRERA
                                                          City Attorney
8                                                         ELIZABETH S. SALVESON
                                                          Chief Labor Attorney
9                                                         GINA M. ROCCANOVA
10                                                        Deputy City Attorney

12                                                        By:_____/s/_____
                                                              GINA M. ROCCANOVA
13                                                            Attorneys for Defendants

15  Dated: 10/17/11                                       LAW OFFICES OF M.J. RANDLE

16                                                        By:_____/s/_____
                                                              MURLENE J. RANDLE
17                                                            Attorney for Plaintiffs

19  GOOD CAUSE HAVING BEEN FOUND, it is SO ORDERED:

21  DATED:  October 17, 2011            _Jacqueline S. Corley_____
22                                                        HONORABLE JACQUELINE SCOTT CORLEY
                                                          United States Magistrate Judge

24  I, Murlene J. Randle, attest that concurrence in the filing of this document has been obtained from
    Gina M. Roccanova.

JOHNSON v. CCSF                                  2
CV 09-5503 JHW (JSC)