1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   JENICA D. MALDONADO, State Bar #266982
4  Deputy City Attorneys
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3915
6  Facsimile:    (415) 554-4248
   E-Mail:       jenica.maldonado@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9  MURLENE J. RANDLE, State Bar #98124
   LAW OFFICES OF M. J. RANDLE
10 235 Montgomery Street, Suite 716
   San Francisco, CA  94104
11 Telephone:    (415) 352-0189
   Facsimile:    (415) 352-0187
12 E-Mail:       murlene@randlelawoffices.com

13 Attorneys for Plaintiffs
   MARK JOHNSON, FRANCO S. CALZOLAI,
14 and MICHAEL BRYANT

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 

| MARK JOHNSON, FRANCO S. CALZOLAI, and MICHAEL BRYANT,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>    Defendants. | Case No. CV 09 5503 JSW<br><br>**STIPULATION AND [PROPOSED] SECOND AMENDED ORDER REGARDING PRETRIAL AND TRIAL SCHEDULE** as modified |
|---|---|

STIP & [PROPOSED] SECOND AMENDED ORDER
REGARDING PRETRIAL AND TRIAL SCHEDULE
Case No. CV 09-5503 JSW

n:\labor\li2015\101049\01013332.docx

Pursuant to the Court's Order issued on April 26, 2015 granting the City's Motion to Reopen Expert Discovery and for Additional Summary Judgment (Dck. 150), the parties submit the following Stipulation and Proposed Second Amended Order Regarding Pretrial and Trial Schedule:

| | |
|---|---|
| Last day to serve amended expert disclosures: | August 4, 2015 |
| Last day to serve rebuttal expert disclosures: | September 3, 2015 |
| Last day to complete expert discovery: | September 17, 2015 |
| Last day for Defendant to file a Second Motion for Summary Judgment: | October 16, 2015 |
| Last day for Plaintiffs to file an Opposition to the City's Second Motion for Summary Judgment: | October 30, 2015 |
| Last day for Defendant to file a Reply to Plaintiffs' Opposition: | November 6, 2015 |
| Hearing on the City's Motion for Summary Judgment, subject to the Court's availability*: | December 4, 2015 at 9:00 a.m. |
| Last day to file Proposed Final Pretrial Order and Other Trial Papers Per Judge White's Guidelines for Trial and Final Pretrial Conference in Civil Jury Trials: | February 15, 2016 |
| Pretrial Conference: | February 29, 2016 at 2:00 p.m. |
| Jury Trial: | March 21, 2016 at 8:00 a.m. |
| Jury Selection: | March 16, 2016 at 8:00 a.m. |

///
///
///
///
///
///

STIP & [PROPOSED] SECOND AMENDED ORDER REGARDING PRETRIAL AND TRIAL SCHEDULE
Case No. CV 09-5503 JSW

1

n:\labor\li2015\101049\01013332.docx

\* - The parties proposed December 4, 2015 as opposed to the customary 35 days following the filing of the City's motion to accommodate plaintiffs' counsel who has a scheduling conflict on November 20, 2015.

**IT IS SO STIPULATED.**

Dated: May 5, 2015

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
JENICA D. MALDONADO
Deputy City Attorneys

By: */s/ Jenica D. Maldonado*
    JENICA D. MALDONADO

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: May 5, 2015

LAW OFFICES OF MURLENE J. RANDLE

By: */s/ Murlene J. Randle*
    MURLENE J. RANDLE

Attorney for Plaintiffs
MARK JOHNSON, FRANCO S. CALZOLAI
and MICHAEL R. BRYANT

The Court has reviewed and considered the parties' Stipulation and Proposed Second Amended Order regarding Pretrial and Trial Schedule and adopts it as proposed. The hearing regarding the City's Motion to Reopen Expert Discovery and for Additional Summary Judgment is vacated.

**IT IS SO ORDERED**.

DATED: May 6, 2015

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

STIP & [PROPOSED] SECOND AMENDED ORDER
REGARDING PRETRIAL AND TRIAL SCHEDULE
Case No. CV 09-5503 JSW

2

n:\labor\li2015\101049\01013332.docx