**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8    MARK JOHNSON, FRANCO S. CALZOLAI,
     and MICHAEL R. BRYANT,
9                                                    No. C 09-05503 JSW
              Plaintiffs,
10
11       v.                                          **ORDER DISCLOSING LETTER**
     THE CITY AND COUNTY OF SAN
12   FRANCISCO, THE CIVIL SERVICE
     COMMISSION OF SAN FRANCISCO, and
13   THE SAN FRANCISCO FIRE
     DEPARTMENT,
14
              Defendants.
15
     _____/
16

17          On July 7, 2015, the Court notified the parties that the undersigned's son is a Deputy

18   City Attorney with the San Francisco City Attorney's Office, which represents Defendant in

19   this case.  The Court also advised the parties that, in connection with a previous case, the Court

20   sought a formal opinion from the Committee on Codes of Conduct of the Judicial Conference of

21   the United States, regarding a request for recusal.  The Committee issued a thorough opinion

22   outlining the circumstances in which recusal might be warranted, and it found that recusal was

23   not required in that case.  Having received a request for the letter from Plaintiffs' counsel, the

24   Court attaches the opinion from the Committee on Codes of Conduct.

25          **IT IS SO ORDERED.**

26   Dated:  July 8, 2015                    _____
                                             JEFFREY S. WHITE
27                                           UNITED STATES DISTRICT JUDGE
28