IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO, and THE SAN FRANCISCO FIRE DEPARTMENT,<br><br>      Defendants.<br>_____/ | No. C 09-05503 JSW<br><br>**ORDER CONTINUING HEARING AND VACATING PRETRIAL DATES** |

The hearing on the motion for summary judgment and motion to strike shall be CONTINUED from December 4, 2015 at 9:00 a.m. to February 19, 2016 at 9:00 a.m. In addition, the pretrial conference and trial dates are hereby VACATED and shall be reset, if necessary, by order on the motions.

**IT IS SO ORDERED.**

Dated: November 24, 2015

                                                    JEFFREY S. WHITE<br>
                                                  UNITED STATES DISTRICT JUDGE