UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK JOHNSON, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 4:09-cv-05503-JSW

**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS**

Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A.  DATES**

Jury Trial Date: Monday, April 3, 2017, at 8:00 a.m., 12 days

Jury Selection: March 29, 2017, at 8:00 a.m.

Pretrial Conference: Monday, March 13, 2017, at 2:00 p.m.

**B.  ALTERNATIVE DISPUTE RESOLUTION**

This matter is referred for assignment to a randomly assigned Magistrate Judge to conduct a settlement conference to be completed by July 8, 2016. Counsel will be contacted by that judge's chambers with a date and time for the conference.

**C.  PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause. If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline. The parties may

not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: April 12, 2016

_____
JEFFREY S. WHITE
United States District Judge